# Court of Appeals
# of the State of Georgia

ATLANTA,  November 23, 2022

*The Court of Appeals hereby passes the following order:*

**A23E0014.  STEWART v. STEWART.**

Appellant's emergency motion for an extension to file an application for discretionary appeal is hereby **GRANTED IN PART**. Appellant shall have a 30 day extension and must file the application by January 4, 2023.[1] No further extension shall be granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/23/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*

---

[1] See OCGA § 5-6-39 (c).